UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   **City of Tucson , ;** | **Defendant**(s): **United States of America , ;** |
| County of Residence: Pima | County of Residence: Pima |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Kevin D. Neal ,**<br>GALLAGHER & KENNEDY, P.A<br>2575 East Camelback Road<br>Phoenix, Arizona  85016<br>602-530-8000<br>**Paul J. Napoli ,**<br>NAPOLI SHKOLNIK<br>1302 Avenida Ponce de León<br>Santurce, Puerto Rico  00907-3982<br>833-271-4502<br>**Andrew W. Croner ,**<br>NAPOLI SHKOLNIK<br>360 Lexington Avenue, Floor 11<br>New York, NY  10017<br>212-397-1000 | , <br><br>, |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

**II. Basis of Jurisdiction:**    **2. U.S. Government Defendant**

**III. Citizenship of Principal Parties**(Diversity Cases Only)

Plaintiff:-    N/A

Defendant:-    N/A

**IV. Origin :**    **1. Original Proceeding**

**V. Nature of Suit:**    **240 Torts to Land**

**VI.Cause of Action:**    28 U.S.C. §§ 1346(B)(1) & 2674. Recover damages caused by ongoing contamination of Plaintiff's drinking water supply with per- and poly- fluoroalkyl- based substances ("PFAS") disposed of at, or otherwise released at the Davis-Monthan Air Force Base.

**VII. Requested in Complaint**

Class Action:    No

Dollar Demand:

Jury Demand:  Yes

VIII. This case **is not related** to another case.

**Signature:** /s/ Kevin D. Neal

**Date:** 12/9/24

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014