AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| CITY OF TUCSON <br> *Plaintiff(s)* <br> v. <br> THE UNITED STATES OF AMERICA <br> *Defendant(s)* | Civil Action No. 4:24-cv-00589-MSA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE UNITED STATES OF AMERICA
c/o Gary Restaino, U.S. Attorney
U.S. Attorney's Office for the District Of Arizona
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix AZ 85004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GALLAGHER & KENNEDY, P.A
Kevin D. Neal
Kenneth N. Ralston
2575 East Camelback Road
Phoenix, AZ 85016-9225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of*

**ISSUED ON 2:35 pm, Dec 09, 2024**
**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00589-MSA.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **The United States of America** was received by me on **12/11/2024**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[X] I served the summons & complaint on *(name of individual)* **Augustine Arbizo, authorized agent**, at **c/o Gary Restaino, U.S. Attorney, 40 North Central Avenue, Suite 1800, Phoenix, AZ 85004**, who is designated by law to accept service of process on behalf of *(name of organization)* **The United States of America**, on *(date)* **12/11/2024 at 2:02 p.m.**; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **12/12/2024**

_____
Server's signature
**Jerry Horacek**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: